**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| METLIFE HOME LOANS, LLC, | Case No. 2:17-CV-215 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| RIVER GLIDER AVENUE TRUST, | |
| Defendant(s). | |

Presently before the court is defendant River Glider Avenue Trust's motion to dismiss plaintiff MetLife Home Loans LLC's complaint. (ECF No. 7).

The local rules have the force of law. *See United States v. Hvass*, 355 U.S. 570, 574–575 (1958). Thus, this court will not consider this motion because it violates Local Rule 7-3(b), which requires that all motions, except those requesting summary judgment, be "limited to 24 pages, excluding exhibits."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (ECF No. 7) be, and the same hereby is, DENIED.

DATED July 25, 2017.

UNITED STATES DISTRICT JUDGE