DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff MetLife Home Loans LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| METLIFE HOME LOANS LLC, | Case No.: 2:17-cv-00215-JCM-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION** |
| RIVER GLIDER AVENUE TRUST, | |
| Defendant. | |

PLEASE TAKE NOTICE that MetLife Home Loans LLC, hereby provides notice that Brett M. Coombs, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

43789804;1

Akerman LLP continues to serve as counsel for MetLife Home Loans LLC in this action All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq and Scott R. Lachman, Esq., should receive all future notices.

DATED: this 10th day of January, 2018

        **AKERMAN LLP**

        */s/ Scott R. Lachman*_____
        DARREN T. BRENNER, ESQ.
        Nevada Bar No. 8386
        SCOTT R. LACHMAN ESQ.
        Nevada Bar No. 12016
        1635 Village Center Circle, Suite 200
        Las Vegas, Nevada 89134
        *Attorneys for Plaintiff MetLife Home Loans LLC*

## **COURT APPROVAL**

IT IS SO ORDERED.

Date: January 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE

43789804;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION,** addressed to:

Michael F. Bohn, Esq.
Law Office of Michael F. Bohn
376 East Warm Springs Rd., Ste. #140
Las Vegas, NV 89119
*Attorneys for Defendant River Glider Avenue Trust*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

43789804;1