DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for MetLife Home Loans LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METLIFE HOME LOANS LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>RIVER GLIDER AVENUE TRUST,<br><br>            Defendant. | Case No.:   2:17-cv-00215-JCM-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| RIVER GLIDER AVENUE TRUST,<br><br>            Counterclaimant,<br><br>vs.<br><br>METLIFE LOANS, LLC,<br><br>            Counterdefendant. | |
| RIVER GLIDER AVENUE TRUST,<br><br>            Third Party Plaintiff,<br><br>vs.<br><br>SCOTT K. OLSON, an individual; and PAUL PAWLIK, an individual; and DOES 1-20,<br><br>            Third Party Defendants. | |

/ / /

/ / /

1

53046121;1

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Thera A. Cooper, Esq., is no longer associated with the law firm of Akerman LLP, who requests that Ms. Cooper be removed from the service list.

Akerman LLP continues to serve as counsel for Metlife Loans LLC in this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Scott R. Lachman, Esq.

DATED this 8th day of May, 2020

**AKERMAN LLP**

/s/ Scott R. Lachman
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for MetLife Home Loans LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 6/1/2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.:    2:17-cv-00215-JCM-PAL

2

53046121;1